UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLI K. DAVIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE RURAL DEVELOPMENT,<br><br>　　　　Defendant. | No.  2:25-cv-00805-DAD-SCR<br><br>ORDER GRANTING MOTION TO CONTINUE DUE TO LAPSE IN APPROPRIATIONS<br><br>(Doc. No. 10) |

　　　　On October 1, 2025, Assistant United States Attorney Alyson Berg filed on behalf of defendant a motion for a continuance of the dates for the filing of:  defendant's responsive pleading, the parties joint status report and the November 10, 2025 Initial Scheduling Conference, in light of the lapse of appropriations to the United States Department of Justice.  (Doc. No. 10.) Good cause appearing, the court GRANTS defendant's motion to continue and VACATES all dates and deadlines previously set in this action including the November 10, 2025 initial scheduling conference.  The parties are directed to file a joint status report within seven (7) days of the resumption of appropriations to the United States Department of Justice addressing the

/////

/////

/////

1

resetting of due dates for defendant's filing of a responsive pleading, the parties joint status report and the new date for the Initial Scheduling Conference in this case.

    IT IS SO ORDERED.

Dated: __October 16, 2025__

DALE A. DROZD
UNITED STATES DISTRICT JUDGE